No. 965. CARDWELL, WARDEN v. WOODARDS. C. A. 6th Cir. Certiorari denied.

No. 967. THOMAS ET AL. v. HONEYBROOK MINES, INC. C. A. 3d Cir. Certiorari denied.

No. 968. BUKOWSKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 969. O'CONNOR v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 970. FREY v. UNITED STATES; and
No. 974. McKUIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 434 F. 2d 391.

No. 972. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 975. COLSON ET AL. v. MORTON, SECRETARY OF THE INTERIOR. C. A. 5th Cir. Certiorari denied.

No. 978. RING v. MAYOR OF RUTHERFORD ET AL. Super. Ct. N. J. Certiorari denied.

No. 980. PIER 67, INC., AKA EDGEWATER INN v. KING COUNTY ET AL. Sup. Ct. Wash. Certiorari denied.

No. 981. INDUSTRIAL UNION DEPARTMENT, AFL–CIO, ET AL. v. BLACK HAWK CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 983. HUDSON TRANSIT LINES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.